AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Tony Dewayne Houston | ) | |
| | ) | 3:26-mj-223 |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 3, 2026 _____ in the county of _____ Greene _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 26 USC s. 5861(d) | possession of a firearm not registered to him in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

See Attached Affidavit of Brad Meeker

☑ Continued on the attached sheet.

*Brad Meeker*
*Complainant's signature*

Brad Meeker, TFO of the FBI
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date: 6/4/26

*Judge's signature*

City and state: _____ Dayton, Ohio _____ Peter B. Silvain Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Bradley Meeker, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Dayton Police Officer assigned to the Federal Bureau of Investigation (the "FBI") as a Federal Task Force Officer ("TFO"), and, as such, am an investigative or law enforcement officer of the United States within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in the enforcement of criminal laws and am within a category of officers authorized by the Attorney General to request and execute search warrants pursuant to Title 18 U.S.C. 3052 and 3107; and United States Department of Justice (DOJ) regulations set forth at Title 28 C.F.R. 0.85 and 60.2(a).

2.      I am a law enforcement officer and have been employed as such for the past twenty-five years.  Since September 2017, I have been assigned to the FBI Joint Terrorism Task Force (JTTF) as a TFO.  Since 1997, I have been employed as a sworn police officer with the City of Dayton, Ohio. From 2004 through 2017, I was assigned to various investigative units, to include the Financial Crimes Unit, Homicide Unit, Arson Unit with the Dayton Fire Department and West Pod Detective Unit. I joined the Dayton Regional Bomb Squad in April 2014 and became a certified Public Safety Bomb Technician in 2016. Since 2016, I have attended several advanced courses in explosive disposal techniques, alternate disposal techniques for destructive devices, homemade explosives, stabilization of radiological disbursement devices and obtained a certification as a Tactical Bomb Technician. I have been involved in previous post-blast investigations, in addition to investigating persons who have built or possessed destructive devices. I have also participated in the execution of search warrants that resulted in the seizure of energetic powders, fireworks, and other material used in constructing destructive devices. I have

received training in national security and criminal investigations and have conducted investigations related to domestic and international terrorism for the past 5 years. As a part of these investigations, I participated in electronic and physical surveillance, records analysis, and have supervised the activities of informants who have provided information and assistance on subjects of investigation. Based on my training and experience, I am familiar with federal laws related to firearms, and I am aware that it is a violation of federal law to: (a) receive or possess a destructive device made in violation of Title 26 of the United States Code, see 26 U.S.C. § 5861(c); and (b) receive or possess a destructive device not registered in National Firearms Registration and Transfer Record, see 26 U.S.C. § 5861(d).

## PURPOSE OF AFFIDAVIT

3. I make this affidavit in support of an application for a criminal complaint and arrest warrant against , Tony Dewayne HOUSTON for violations of 26 U.S.C § 5861(d) (possession of a firearm not registered to him in the National Firearms Registration and Transfer Record).

4. This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the requested search warrant. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.

## STATUTORY SCHEME

5.     The National Firearms Act (NFA), 26 U.S.C. §§ 5801-72, is a taxing scheme regulating the manufacture, sale, and transfer of certain specially dangerous and concealable weapons.  Under Title 26, United States Code, Section 5841, the NFA requires the government to maintain a central registry—the National Firearms Registration and Transfer Record—of all "firearms" in the United States that are not under the control of the United States.

6.     For purposes of the NFA, a "firearm" includes, among other things, a "destructive device" as well as short-barreled shotguns (hereinafter "NFA Firearms").  26 U.S.C. § 5845(a)&(d).  A "destructive device" is defined in 26 U.S.C. § 5845(f) as:

> (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellent charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device;
>
> (2) any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter, except a shotgun or shotgun shell which the Secretary finds is generally recognized as particularly suitable for sporting purposes; and
>
> (3) any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraphs (1) and (2) and from which a destructive device may be readily assembled.

Additionally, for purposes of this statutory provision, a "firearm" includes a short-barreled shotgun, i.e., a shotgun having a barrel or barrels of less than 18 inches in length, or a weapon made from a shotgun if such a weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length.

7.     Under this statutory provision, to lawfully possess an NFA Firearm such as a destructive device or a short-barreled shotgun, an individual must obtain a tax stamp from the federal government and registered the NFA Firearm with the United States.  Failure to acquire the tax stamp and to register the NFA firearms constitutes a felony under federal law.

## PROBABLE CAUSE

8. On or about April 24, 2026, Germantown Ohio Police Department (GPD) contacted FBI and advised that a resident in GPD's jurisdiction – namely, Tony Dewayne HOUSTON – may be in possession of, among other contraband, pipe bombs, and a sawed-off shotgun. Specifically:

a. According to GPD, in or around April 2026, a Germantown resident[1] (hereinafter, "Resident") reported that HOUSTON had threatened them. During the ensuing GPD investigation of the complaint, the Resident explained that they had gone to HOUSTON's apartment and borrowed items from HOUSTON. (Notably, the description provided of HOUSTON's apartment matches 299 Windcliff Drive, Germantown, OH 45327 (hereinafter "the SUBJECT PREMISES"), his known address). While at HOUSTON's apartment, HOUSTON showed the Resident a sawed-off shotgun and several metal pipe bombs. The Resident described the pipe bombs as metal with caps on each end and a red fuse sticking out from their middles. The Resident explained that the pipe bombs came from under HOUSTON's kitchen sink and that the sawed-off shotgun was located in a backpack. According to the Resident, HOUSTON explained that the pipe bombs contained gun powder and 3mm ball bearings. The Resident explained that, when they did not return the borrowed items from HOUSTON, HOUSTON made threatening communications to the Resident. HOUSTON's disclosure of the short-barreled shotgun and pipe bombs gave the threats veracity. GPD recorded its interview with the RESIDENT.

b. Given the information that it received from GPD, FBI separately interviewed the Resident in or around April 2026. The Resident reaffirmed the information that they previously provided to GPD concerning their interactions with HOUSTON.

---

[1] The identity of Resident, while known to law enforcement, is being withheld from this affidavit for privacy purposes. The Resident is also referred to by the gender-neutral pronoun "they" to conceal their identity.

The Resident again explained that the pipe bombs HOUSTON had shown them contained gunpowder and 3mm ball bearings. According to the Resident, HOUSTON told them that he had tripwires. I am aware, based upon training and experience, that trip wires can refer to a device that is used to trigger an explosive device in response to the physical disturbance of the trip wire. I am further aware, that in the context of an explosive device, a trip wire can be used to trigger the detonation of an explosive device via the use of a wire that is designed to react to the physical disturbance of the wire. FBI considered the Resident credible as the FBI corroborate portions of their statement as detailed below.

9. Following these interviews of the Resident, FBI served legal process to Amazon.com, Inc., (hereinafter, "Amazon") for information concerning accounts HOUSTON held with that company. In response to that request, AMAZON disclosed that HOUSTON held an account with AMAZON that included the following payment information – namely, "Tony HOUSTON, Billing Address 299 Windcliff Dr., Germantown, OH, 45327", i.e., the TARGET PREMISES). The account had been associated with HOUSTON since January 31, 2026. Through legal process, FBI also obtained an order history concerning HOUSTON's Amazon account, which included the following orders that he had placed and received:

a. A June 25, 2025, order noted as "complete" that included a "Streetwise Pain Pen 25,000,000 Volts Stun Gun for Self Protection - Tactical Stun Pen for Women and Men, USB Rechargeable, Battery Indicator, Durable Clip, Compact and Concealable for Protection";

b. An August 5, 2025, order noted as "complete" that included "Lingrosered Heavy Duty Stun Gun for Self Defense,15 Foot Range, 1.80 µC Painful,LED Flashlight,Rechargeable Stun Gun for Man and for Woman,Free Holster Included - Design Patent Pending";

c.    A July 1, 2025, order noted as "complete" that included "Alien Play 100 Rounds 50 Cal. Solid Aluminum Balls for Self Defense, 2.8 Gram Reusable .50 Caliber Aluminum Paintballs Ammo Projectiles for Training Fit for t4e TR50/HDR 50 Target Shooting (Silver)";

d.    A July 1, 2025, order noted as "complete" that included "100 Counts 50 Cal Solid Nylon Balls for Tr50/BP50/HDP50 Reusable .50 Caliber Hard Plastic Paintball Ammo Projectiles for Self Defense (Black)."

e.    A June 25, 2025, order noted as "complete" that included "Pcs Kevlar Trip Wire on Reusable Reel (85ft),Trip Wire for Perimeter Trip Alarm 12 Gauge and Trips Wires Alarm Device,Kevlar Line for Camping Perimeter Alarms and Early Warning Security Trips Alarms";

f.    A June 25, 2025, order noted as "complete" that included "Perimeter Trip Alarm with 360° Coverage, Reusable Security Device for Camping & Property Safety, Early Warning Trip Wire System";

g.    Based on the information from AMAZON, these items – including the stun guns, the metal as well as nylon balls, and trip wire materials were shipped to HOUSTON at the SUBJECT PREMISES and paid for by him. It should be noted that the balls and trip wire materials corroborate the statements from the Resident about items currently in HOUSTON's possession.

10.    FBI performed searches on a publicly available search engine for information associated with the Alien Play Rounds and the Solid Nylon Balls that appeared in HOUSTON's order history with Amazon. FBI found Amazon listings for these items, screenshots of which are depicted below. Based on my training and experience, these balls are consistent with metal fragments often placed in pipe bombs.



100 Counts 50 Cal Solid Nylon Balls for Tr50/BP50/HDP50 Reusable .50 Caliber Hard Plastic Paintball Ammo Projectiles for Self Defense (Black)

Visit the Lambid Store

4.7 ★★★★★ ∨ (659)

100+ bought in past month

$12⁹⁹

Get $10 off instantly: Pay $2.99 $12.99 upon approval for the Amazon Store Card. No annual fee.

Get Fast, Free Shipping with Amazon Prime

| Brand | Lambid |
|---|---|
| Size | 12.7 mm |
| Color | black |
| Model Name | .50 Caliber |
| Sport | Paintball, Target Shooting |

About this item

- Solid, Do Not Deform
- Extremely Cost Effective, Reusable for Thousands of Times
- Accurate for Shooting; No Seams,No Jams
- Do Not Deform

› See more product details

Click to see full view

*Picture of Listing for Solid Nylon Balls*



Alien Play 100 Rounds 50 Cal. Solid Aluminum Balls for Self Defense, 2.8 Gram Reusable .50 Caliber Aluminum Paintballs Ammo Projectiles for Training Fit for t4e TR50/HDR 50 Target Shooting (Silver)

Visit the Alien Play Store

4.6 ★★★★★ ∨ (620)

50+ bought in past month

$14⁹⁹

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

Get Fast, Free Shipping with Amazon Prime

| Brand | Alien Play |
|---|---|
| Size | 50. Cal |
| Color | Silver |
| Model Name | 50 Cal. Hard Aluminum Balls |
| Sport | Paintball, Target Shooting |

About this item

- Made from Top-class Aluminum Alloy. Solid, High Impact and Penetration. Fits for tr50/ndp50/hdr50/bp50 Perfectly.
- 2.8 Grams of Each Count, Perfect Weight for Training and Self Defense. Much Heavier And Powerful Than 50. Caliber Rubber Balls and Nylon Balls Which Are Too Light.
- Uniform Size of .50 Caliber, Snug Fit Without Gas Escaping for Good Consistency in Velocity. Great for Home Defense and Target Practice.
- Fly Straight, Hit Hard and Accurate. Smooth, No Deform, No Jams. Easy to Recover, Reusable Over and Over.

› See more product details

Click to see full view

*Picture of Listing for Alien Play Rounds*

11. On or about May 31, 2026, GPD received a report concerning an individual (later confirmed as HOUSTON) who brandished a firearm at the Windcliff Apartments. GPD

responded to the complex and interviewed two people (hereinafter, Resident 2 and Resident 3)[2] concerning the incident. During that interview, GPD learned the following:

        a.      Residents 2 and 3 explained that, while in a backyard at the apartment complex, they were approached by a dog which they yelled at to get away. Shortly thereafter, HOUSTON approached Residents 2 and 3 and expressed displeasure at them for chastising his dog.

        b.      Upon approaching Residents 2 and 3, HOUSTON possessed and displayed what appeared to be a firearm. Residents 2 and 3 alternatively described the firearm as having a a "really long barrel[l]…" and a "sawed off shotgun."

        c.      GPD performed a records check concerning HOUSTON and learned that he previously had been convicted of a fifth-degree felony in the state system for possession of heroin, which prohibited him from possessing a firearm under state law.

12.      On or about May 31, 2026, GPD applied for a state warrant to search the SUBJECT PREMISES for evidence that HOUSTON possessed weapons while under disability. A state court judge authorized this search warrant on or about June 1, 2026, permitting state authorities to seize, among other things, "[a]ny and all handguns, rifles, shotguns…." Given statements from the Resident concerning pipe bombs, GPD requested FBI assistance at the scene of the warrant.

13.      On or about June 3, 2026, law enforcement executed the state search warrant at 299 Windcliff Dr. Germantown, OH 45327 (i.e., the TARGET PREMISES). HOUSTON was located in the TARGET PREMISES and detained so that officers could effectuate the state search warrant. Before beginning the search, law enforcement made a *Quarles* inquiry of HOUSTON concerning any possible dangerous devices (e.g., pipe bombs, trip wires, etc.)

---

[2] The identities of Residents 2 and 3, while known to law enforcement, are being withheld from this affidavit for privacy purposes.

that may be inside the TARGET PREMISES. (Law enforcement made this inquiry based on, among other things, the statements of the Resident as well as the contents of information received from Amazon which were indicative of bomb making). HOUSTON responded that he possessed four pipe bombs at the TARGET PREMISES located in a storage bin on the second story of the TARGET RESIDENCE. HOUSTON also advised that he possessed a firearm, consistent in description with a sawed-off shotgun, which was likewise located within the TARGET RESIDNCE.

14. Pursuant to the state search warrant, law enforcement entered the TARGET RESIDENCE and conducted a safety clear/check of this location. During the safety clear, law enforcement observed two items, consistent in size and appearance with pipe bombs, located within a plastic bin on the second floor of the TARGET RESIDENCE just as described by HOUSTON. Thereafter, an FBI special agent with expertise in explosive devices entered the TARGET RESIDENCE and took photographs of the two visible items in the bin that were consistent in appearance with pipe bombs. The photographs of the suspected pipe bombs are included below:



*Photograph Depicting Location of Item Consistent in Appearance With a Pipe Bomb*

*Observed on June 3, 2026*



*Photograph Depicting Item Consistent in Appearance With a Pipe Bomb Observed on*

*June 3, 2026*

15. Given these discoveries, law enforcement sought and obtained a federal warrant to search the TARGET PREMISES for certain NFA Firearms – including short-barreled shotguns and destructive devices. Law enforcement then executed in tandem the state and federal search warrants. During the search of the TARGET REMISES, law enforcement discovered within it a shotgun whose barrel appeared to have been sawed off. The saw-off barrel measured less than 18 inches, making it an NFA firearm that required a tax stamp and registration. Notably, the firearm bore no stamp on it. As noted above, during the *Quarles* interview, HOUSTON admitted possessing this weapon. Additionally, within the house, law enforcement discovered at least eight destructive devices – including the pipe bombs depicted in the photographs above. Based on my training and experience, these pipe bombs constituted destructive devices as they were cylindrical pipes with threaded endcaps, along with what appeared to be an item consistent in appearance to hobby fusing or other triggering mechanism; these items also appeared to have energetic powder and metal objects inside of them for added fragmentation. Based upon my training and experience, I believe that these items were consistent in size, shape, and overall appearance to a homemade pipe bomb (i.e., a destructive device). I am likewise aware that HOUSTON admitted that pipe bombs were present within the TARGET PREMISES.

16. FBI has confirmed with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) that there is no record in the National Firearms Registration and Transfer Record of HOUSTON having a tax stamp or any federal authorization to possess an NFA Firearm including a destructive device such as a pipe bomb or a short-barreled shotgun.

CONCLUSION

17. Based on the forgoing, I respectfully request the Court issue the above

requested criminal complaint and arrest warrant.

Respectfully submitted,

*Brad Meeker*

Brad Meeker, TFO of the FBI

Sworn to before me via telephone on _____June 4th_____, 2026

HONORABLE PETER B. S[illegible]
UNITED STATES MAGISTRATE [illegible]